# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harpool, Mark D. | Western District of Missouri | 10/19/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

222 N. John Q. Hammons Parkway
Springfield, MO 65806

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Springfield Metropolitan Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Residual Fees-Former interest in Baird, Lightner, Millsap & Harpool, P.C. | $32,870.00 |
| 2. 2015 | State of Missouri Retirement (MOSERS) | $12,839.64 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Spouse is self-employed, in-home child care |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Empire Bank | Mortgage loans on rental properties | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]   NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1.  ALEXION PHAMA INC - ALXN | | None | | | Buy | 09/01/15 | J | | |
| 2. | | | | | Buy (add'l) | 09/01/15 | J | | |
| 3. | | | | | Sold | 09/03/15 | K | C | |
| 4.  ALIBABA GROUP HLDG ADR FSPONSORED ADR 1 ADR REPS 1 ORD - BABA | | None | L | T | Buy (add'l) | 01/29/15 | K | | |
| 5. | | | | | Sold (part) | 05/20/15 | K | A | |
| 6. | | | | | Buy (add'l) | 08/11/15 | K | | |
| 7. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 8. | | | | | Sold (part) | 10/28/15 | K | A | |
| 9. | | | | | Sold (part) | 12/03/15 | K | C | |
| 10.  ALLERGAN PLC F - AGN | | None | | | Buy | 09/01/15 | J | | |
| 11. | | | | | Sold | 09/03/15 | K | A | |
| 12.  AMERICAN CAPITAL AGENCY - AGNC | D | Dividend | | | Buy (add'l) | 01/14/15 | K | | |
| 13. | | | | | Sold (part) | 02/03/15 | K | A | |
| 14. | | | | | Sold (part) | 02/06/15 | L | A | |
| 15. | | | | | Buy (add'l) | 02/17/15 | L | | |
| 16. | | | | | Buy (add'l) | 03/26/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. | | | | | Buy (add'l) | 04/24/15 | K | | |
| 18. | | | | | Sold (part) | 07/13/15 | K | A | |
| 19. | | | | | Sold (part) | 07/30/15 | K | A | |
| 20. | | | | | Sold (part) | 08/05/15 | K | A | |
| 21. | | | | | Sold | 08/10/15 | K | A | |
| 22. Ameritrade Cash Reserves MMDA12 | A | Interest | K | T | | | | | |
| 23. AMGEN INCORPORATED - AMGN | A | Dividend | K | T | Buy | 11/03/15 | K | | |
| 24. APPLE INC- AAPL common stock | B | Dividend | M | T | Sold (part) | 07/13/15 | K | C | |
| 25. | | | | | Buy (add'l) | 08/03/15 | K | | |
| 26. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 27. | | | | | Sold (part) | 08/17/15 | J | A | |
| 28. | | | | | Sold (part) | 10/05/15 | K | A | |
| 29. | | | | | Buy (add'l) | 12/22/15 | K | | |
| 30. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 31. AT&T INC - T | B | Dividend | | | Buy | 06/03/15 | K | | |
| 32. | | | | | Buy (add'l) | 10/01/15 | K | | |
| 33. | | | | | Sold (part) | 10/23/15 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | Sold | 10/27/15 | K | A | |
| 35. BAIDU INC ADR FSPONSORED ADR 1 ADR REPS 10 CL A ORD - BIDU | | None | | | Buy (add'l) | 01/14/15 | K | | |
| 36. | | | | | Buy (add'l) | 02/12/15 | K | | |
| 37. | | | | | Sold (part) | 02/13/15 | K | A | |
| 38. | | | | | Sold (part) | 04/02/15 | K | A | |
| 39. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 40. | | | | | Sold (part) | 10/28/15 | K | C | |
| 41. | | | | | Sold | 12/22/15 | L | B | |
| 42. Baird, Lightner, Millsap & Harpool, P.C. (Y) | | | | | | | | | See note in Part VIII. |
| 43. BANK OF AMERICA - SAVINGS | A | Interest | J | T | | | | | |
| 44. BANK OF AMERICA ACCOUNTS - cash/ checking | A | Interest | J | T | | | | | |
| 45. BANK OF AMERICA CORP- BAC common stock | | None | | | Buy | 07/27/15 | K | | |
| 46. | | | | | Sold (part) | 07/30/15 | K | A | |
| 47. | | | | | Buy (add'l) | 08/05/15 | K | | |
| 48. | | | | | Sold (part) | 08/10/15 | K | A | |
| 49. | | | | | Buy (add'l) | 10/26/15 | K | | |
| 50. | | | | | Sold (part) | 11/02/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | | Buy (add'l) | 11/16/15 | K | | |
| 52. | | | | | | Sold | 11/25/15 | K | A | |
| 53. | BIOGEN IDEC INC - BIIB | | None | | | Buy | 09/03/15 | K | | |
| 54. | | | | | | Sold | 12/22/15 | K | A | |
| 55. | BLACKSTONE GROUP LP LP - BX | B | Dividend | L | T | Buy | 06/09/15 | K | | |
| 56. | | | | | | Sold (part) | 07/06/15 | K | A | |
| 57. | | | | | | Buy (add'l) | 07/30/15 | K | | |
| 58. | | | | | | Buy (add'l) | 08/18/15 | K | | |
| 59. | | | | | | Buy (add'l) | 10/23/15 | K | | |
| 60. | BRISTOL-MYERS SQUIBB - BMY | A | Dividend | | | Buy | 08/11/15 | K | | |
| 61. | | | | | | Sold | 10/15/15 | K | A | |
| 62. | CATERPILLAR INC - CAT | | None | | | Buy | 04/15/15 | K | | |
| 63. | | | | | | Sold | 04/15/15 | K | A | |
| 64. | CELGENE CORP- CELG common stock | | None | | | Sold (part) | 01/13/15 | K | D | |
| 65. | | | | | | Buy (add'l) | 09/01/15 | K | | |
| 66. | | | | | | Sold | 09/11/15 | K | A | |
| 67. | CENTERPOINT ENERGY INC - CNP common stock | A | Dividend | | | Buy | 04/13/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 04/15/15 | L | A | |
| 69. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 70. | | | | | Sold | 08/25/15 | K | A | |
| 71. Charles Schwab Checking | A | Interest | J | T | | | | | |
| 72. Charles Schwab Money Shares | A | Interest | N | T | | | | | |
| 73. CHIPOTLE MEXICAN GRL - CMG | | None | | | Buy | 11/23/15 | L | | |
| 74. | | | | | Sold | 12/10/15 | L | B | |
| 75. CISCO SYSTEMS INC - CSCO common stock | A | Dividend | K | T | Buy | 03/10/15 | L | | |
| 76. | | | | | Buy (add'l) | 03/26/15 | K | | |
| 77. | | | | | Sold (part) | 04/06/15 | K | A | |
| 78. | | | | | Sold (part) | 04/23/15 | L | B | |
| 79. | | | | | Buy (add'l) | 06/03/15 | K | | |
| 80. | | | | | Sold (part) | 08/14/15 | K | A | |
| 81. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 82. | | | | | Buy (add'l) | 12/31/15 | K | | |
| 83. DFA EMERGING MKTS - DFEMX | A | Int./Div. | J | T | Buy | 07/09/15 | J | | |
| 84. DFA EMERGING MKTS VALUE PTF - DFEVX | A | Int./Div. | J | T | Buy | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 12/17/15 | J | | |
| 86.  DFA INT'L SM CP - DFISX | A | Int./Div. | J | T | Buy (add'l) | 02/17/15 | J | | |
| 87. | | | | | Sold (part) | 07/09/15 | J | | |
| 88. | | | | | Sold (part) | 12/09/15 | J | | |
| 89.  DFA INT'L SM CP VAL - DISVX | A | Int./Div. | J | T | Sold (part) | 07/09/15 | J | | |
| 90.  DFA INT'L VALUE - DFIVX | B | Int./Div. | K | T | Buy (add'l) | 01/06/15 | J | | |
| 91. | | | | | Sold (part) | 02/02/15 | J | A | |
| 92. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 93.  DFA US LG CAP VAL - DFLVX | B | Int./Div. | K | T | Sold (part) | 07/09/15 | J | A | |
| 94. | | | | | Sold (part) | 12/09/15 | J | A | |
| 95.  DFA US MICRO - DFSCX | A | Int./Div. | K | T | Sold (part) | 07/09/15 | J | A | |
| 96.  DFA US SM CAP - DFSTX | A | Int./Div. | K | T | Sold (part) | 07/09/15 | J | A | |
| 97.  DFA US SMALL CP - DFSVX | A | Int./Div. | K | T | Sold (part) | 07/09/15 | J | A | |
| 98.  DONNELLEY R R & SONS CO - RRD - common stock | D | Int./Div. | L | T | Buy (add'l) | 01/06/15 | K | | |
| 99. | | | | | Buy (add'l) | 01/14/15 | K | | |
| 100. | | | | | Sold (part) | 02/17/15 | K | B | |
| 101. | | | | | Sold (part) | 03/10/15 | K | D | |

| | | | |
| --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Buy (add'l) | 04/27/15 | K | | |
| 103. | | | | | Buy (add'l) | 04/30/15 | K | | |
| 104. | | | | | Buy (add'l) | 05/08/15 | K | | |
| 105. | | | | | Sold (part) | 05/18/15 | K | A | |
| 106. | | | | | Sold (part) | 05/21/15 | K | A | |
| 107. | | | | | Sold (part) | 06/08/15 | K | C | |
| 108. | | | | | Buy (add'l) | 06/29/15 | K | | |
| 109. | | | | | Buy (add'l) | 06/30/15 | K | | |
| 110. | | | | | Buy (add'l) | 07/24/15 | K | | |
| 111. | | | | | Buy (add'l) | 08/05/15 | K | | |
| 112. | | | | | Buy (add'l) | 08/12/15 | K | | |
| 113. | | | | | Sold (part) | 08/17/15 | K | A | |
| 114. | | | | | Sold (part) | 08/24/15 | L | A | |
| 115. | | | | | Buy (add'l) | 08/26/15 | K | | |
| 116. | | | | | Sold (part) | 08/27/15 | K | C | |
| 117. | | | | | Buy (add'l) | 09/25/15 | K | | |
| 118. | | | | | Buy (add'l) | 09/28/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. | | | | | Buy (add'l) | 10/01/15 | K | | |
| 120. | | | | | Sold (part) | 11/17/15 | K | B | |
| 121. | | | | | Sold (part) | 12/03/15 | L | C | |
| 122. | | | | | Buy (add'l) | 12/09/15 | K | | |
| 123. | | | | | Buy (add'l) | 12/10/15 | K | | |
| 124. | | | | | Buy (add'l) | 12/29/15 | K | | |
| 125. DOW CHEMICAL COMPANY - DOW | A | Dividend | | | Buy | 09/23/15 | J | | |
| 126. | | | | | Buy (add'l) | 09/25/15 | J | | |
| 127. | | | | | Sold | 10/05/15 | K | B | |
| 128. ELI LILLY & COMPANY - LLY | A | Dividend | | | Buy | 07/22/15 | K | | |
| 129. | | | | | Sold | 07/24/15 | K | A | |
| 130. | | | | | Buy | 09/22/15 | K | | |
| 131. | | | | | Sold | 12/21/15 | K | A | |
| 132. EXXON MOBIL CORP - XOM | | None | | | Buy | 07/24/15 | K | | |
| 133. | | | | | Sold | 07/28/15 | K | B | |
| 134. FACEBOOK INC CLASS A - FB | | None | | | Buy | 02/06/15 | K | | |
| 135. | | | | | Buy (add'l) | 02/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold | 02/20/15 | K | B | |
| 137. | | | | | Buy | 08/24/15 | K | | |
| 138. | | | | | Sold | 08/27/15 | K | C | |
| 139. FEDERATED HIGH YLD - FIHBX | A | Int./Div. | J | T | Sold (part) | 07/09/15 | J | | |
| 140. FEDERATED TOTAL RT BOND - FTRBX | A | Int./Div. | J | T | Sold (part) | 07/09/15 | J | | |
| 141. | | | | | Sold (part) | 12/09/15 | J | | |
| 142. FEDERATED ULTRA SHRT - FULIX | A | Int./Div. | J | T | Sold (part) | 07/09/15 | J | | |
| 143. FIDELITY CASH RESERVE FUND (Y) | | | | | | | | | |
| 144. FITBIT INC CLASS A - FIT | | None | | | Buy | 09/17/15 | K | | |
| 145. | | | | | Sold | 09/25/15 | K | A | |
| 146. FRONTIER COMM CO - FTR | B | Dividend | | | Buy | 06/04/15 | K | | |
| 147. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 148. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 149. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 150. | | | | | Sold (part) | 08/03/15 | J | A | |
| 151. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 152. | | | | | Sold (part) | 09/17/15 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold (part) | 09/22/15 | K | A | |
| 154. | | | | | Buy (add'l) | 11/03/15 | K | | |
| 155. | | | | | Buy (add'l) | 11/04/15 | J | | |
| 156. | | | | | Buy (add'l) | 11/05/15 | K | | |
| 157. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 158. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 159. | | | | | Sold (part) | 12/23/15 | J | A | |
| 160. | | | | | Sold | 12/28/15 | K | A | |
| 161. GENERAL ELECTRIC COMPANY - GE - common stock Dividend$460.00 | B | Dividend | | | Buy (add'l) | 04/13/15 | L | | |
| 162. | | | | | Sold (part) | 08/05/15 | K | A | |
| 163. | | | | | Buy (add'l) | 09/14/15 | K | | |
| 164. | | | | | Sold (part) | 09/17/15 | K | A | |
| 165. | | | | | Sold | 09/21/15 | K | A | |
| 166. GILEAD SCIENCES INC - GILD - common stock | | None | L | T | Sold (part) | 02/11/15 | K | A | |
| 167. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 168. | | | | | Buy (add'l) | 09/03/15 | K | | |
| 169. | | | | | Sold (part) | 09/11/15 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. | | | | | Buy (add'l) | 12/31/15 | L | | |
| 171. GLAXOSMITHKLINE PLC ADRF SPONSORED - GSK | A | Dividend | | | Buy | 02/17/15 | K | | |
| 172. | | | | | Sold | 02/25/15 | K | A | |
| 173. GOOGLE - CLASS A VTG - GOOGL - common stock | | None | | | Sold | 02/17/15 | L | A | |
| 174. HAIN CELESTIAL GROUP - HAIN | | None | | | Buy | 12/01/15 | K | | |
| 175. | | | | | Sold | 12/18/15 | K | A | |
| 176. HEWLETT-PACKARD CO - HPQ (New name H P INC - HPQ) | | None | | | Buy | 10/30/15 | K | | See note in Part VIII. |
| 177. | | | | | Sold | 11/02/15 | J | A | |
| 178. HEWLETT PACKARD ENTE - HPE (Spinoff of Hewlett-Packard Co - HPQ) | | None | | | Spinoff (from line 176) | 11/02/15 | J | | See note in Part VIII. |
| 179. | | | | | Sold | 12/02/15 | K | A | |
| 180. INTEL CORP - INTC - common stock | B | Dividend | | | Buy | 10/30/15 | K | | |
| 181. | | | | | Sold | 11/20/15 | K | A | |
| 182. KINDER MORGAN INC - KMI | A | Dividend | | | Buy | 02/06/15 | K | | |
| 183. | | | | | Buy (add'l) | 02/20/15 | K | | |
| 184. | | | | | Sold (part) | 03/30/15 | K | A | |
| 185. | | | | | Sold | 05/04/15 | K | B | |
| 186. | | | | | Buy | 12/02/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. | | | | | Buy (add'l) | 12/03/15 | J | | |
| 188. | | | | | Buy (add'l) | 12/04/15 | K | | |
| 189. | | | | | Sold | 12/22/15 | K | A | |
| 190. MORGAN STANLEY - MS | A | Dividend | | | Buy | 01/12/15 | K | | |
| 191. | | | | | Buy (add'l) | 01/14/15 | K | | |
| 192. | | | | | Sold (part) | 01/23/15 | K | A | |
| 193. | | | | | Sold | 02/06/15 | K | A | |
| 194. MOST 529 PLAN - Moderage Age-Based Opt Vanguard Growth | | None | J | T | Buy (add'l) | 12/31/15 | J | | |
| 195. NETFLIX INC - NFLX - common stock | | None | | | Buy | 08/24/15 | K | | |
| 196. | | | | | Sold | 08/26/15 | L | C | |
| 197. PANERA BREAD COMPANY CLASS A - PNRA | | None | | | Buy | 10/30/15 | K | | |
| 198. | | | | | Sold | 12/02/15 | K | A | |
| 199. P J T PARTNERS INCOR CLASS A (Spinoff from Panera Bread Company) | | None | | | Spinoff (from line 197) | 10/01/15 | J | | See note in Part VIII. |
| 200. | | | | | Sold | 10/02/15 | J | A | |
| 201. PFIZER INCORPORATED - PFE - common stock | A | Dividend | | | Buy | 10/23/15 | K | | |
| 202. | | | | | Sold | 11/10/15 | K | A | |
| 203. PIMCO COMMODITY - PCRIX | A | Int./Div. | J | T | Buy | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 205. PIMCO FOREIGN BOND - PFUIX | A | Int./Div. | J | T | | | | | |
| 206. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 207. PROCTER & GAMBLE - PG | A | Dividend | | | Buy | 04/14/15 | K | | |
| 208. | | | | | Buy (add'l) | 06/03/15 | K | | |
| 209. | | | | | Sold (part) | 06/10/15 | K | A | |
| 210. | | | | | Sold | 07/06/15 | K | A | |
| 211. RITE AID CORPORATION - RAD | | None | | | Buy | 06/16/15 | K | | |
| 212. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 213. | | | | | Sold (part) | 07/06/15 | J | A | |
| 214. | | | | | Sold | 07/13/15 | K | A | |
| 215. | | | | | Buy | 08/13/15 | J | | |
| 216. | | | | | Buy (add'l) | 08/18/15 | K | | |
| 217. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 218. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 219. | | | | | Sold | 10/27/15 | K | B | |
| 220. SKYWORKS SOLUTIONS - SWKS | A | Dividend | L | T | Buy | 03/25/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Buy (add'l) | 03/26/15 | K | | |
| 222. | | | | | Sold (part) | 03/30/15 | K | B | |
| 223. | | | | | Sold (part) | 04/02/15 | L | B | |
| 224. | | | | | Buy (add'l) | 09/01/15 | K | | |
| 225. | | | | | Sold | 09/03/15 | K | A | |
| 226. | | | | | Buy | 11/10/15 | K | | |
| 227. | | | | | Sold | 12/02/15 | K | A | |
| 228. | | | | | Buy | 12/29/15 | L | | |
| 229. SPDR GLOBAL REAL ESTATE | A | Dividend | J | T | Sold (part) | 02/02/15 | J | A | |
| 230. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 231. | | | | | Sold (part) | 12/09/15 | J | A | |
| 232. STAR GAS PARTNERS LP LP - SGU | A | Dividend | | | Buy | 04/15/15 | K | | |
| 233. | | | | | Buy (add'l) | 04/24/15 | K | | |
| 234. | | | | | Sold (part) | 05/08/15 | K | A | |
| 235. | | | | | Sold | 05/13/15 | K | A | |
| 236. THRESHOLD PHARMA NEW - THLD - common stock | | None | | | Sold | 01/12/15 | J | A | |
| 237. TOTAL S A ADR F1 ADR REP 1 ORD - TOT | B | Dividend | | | Buy (add'l) | 01/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold (part) | 01/08/15 | L | A | |
| 239. | | | | | Buy (add'l) | 03/10/15 | K | | |
| 240. | | | | | Sold (part) | 03/23/15 | L | C | |
| 241. | | | | | Buy (add'l) | 06/01/15 | L | | |
| 242. | | | | | Sold | 06/10/15 | L | A | |
| 243. TWITTER INC - TWTR - common stock | | None | | | Buy | 07/31/15 | K | | |
| 244. | | | | | Buy (add'l) | 08/05/15 | K | | |
| 245. | | | | | Sold (part) | 08/10/15 | K | A | |
| 246. | | | | | Sold | 08/11/15 | K | A | |
| 247. | | | | | Buy | 08/25/15 | K | | |
| 248. | | | | | Sold | 08/27/15 | K | A | |
| 249. VALERO ENERGY CORP NEW - VLO | | None | | | Buy | 02/17/15 | K | | |
| 250. | | | | | Sold | 02/20/15 | L | B | |
| 251. VERIZON COMMUNICATIONS - VZ - common stock | B | Dividend | K | T | Sold (part) | 01/12/15 | K | A | |
| 252. | | | | | Buy (add'l) | 07/06/15 | K | | |
| 253. | | | | | Sold (part) | 07/13/15 | K | A | |
| 254. | | | | | Buy (add'l) | 12/28/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Buy (add'l) | 12/31/15 | K | | |
| 256. VGD DEVELOPED MKTS - VDVIX | A | Int./Div. | K | T | Buy (add'l) | 01/06/15 | J | | |
| 257. | | | | | Sold (part) | 02/02/15 | J | A | |
| 258. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 259. | | | | | Sold (part) | 12/09/15 | J | A | |
| 260. VGD GROWTH - VIGRX | A | Dividend | K | T | Sold (part) | 02/02/15 | J | A | |
| 261. | | | | | Sold (part) | 12/09/15 | J | A | |
| 262. VGD S&P 500 INDEX - VOO | A | Dividend | K | T | Sold (part) | 02/02/15 | J | A | |
| 263. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 264. | | | | | Sold (part) | 12/09/15 | J | A | |
| 265. VGD SHORT TERM - VFSTX | A | Int./Div. | K | T | Sold (part) | 02/02/15 | J | A | |
| 266. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 267. | | | | | Sold (part) | 07/09/15 | J | A | |
| 268. | | | | | Sold (part) | 12/09/15 | J | A | |
| 269. VGD SHORT TERM TIP - VTIP | | None | K | T | Buy (add'l) | 02/17/15 | J | | |
| 270. | | | | | Sold (part) | 07/09/15 | J | A | |
| 271. | | | | | Sold (part) | 12/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. W P GLIMCHER INCORPO REIT - WPG (formerly Washington Prime Group) | C | Dividend | | | Buy (add'l) | 08/19/15 | J | | See note in Part VIII. |
| 273. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 274. | | | | | Sold | 12/22/15 | L | A | |
| 275. WALT DISNEY CO - DIS | | None | L | T | Buy | 08/11/15 | L | | |
| 276. | | | | | Sold | 10/23/15 | L | B | |
| 277. | | | | | Buy | 12/02/15 | L | | |
| 278. WEIBO CORP ADR FSPONSORED I ADR REPS I ORD - WB | | None | | | Buy | 02/11/15 | K | | |
| 279. | | | | | Sold | 02/13/15 | K | B | |
| 280. WELLS FARGO & CO NEW - WFC | A | Dividend | | | Buy | 01/12/15 | L | | |
| 281. | | | | | Sold | 02/09/15 | L | B | |
| 282. | | | | | Buy | 07/24/15 | L | | |
| 283. | | | | | Sold | 07/30/15 | L | A | |
| 284. | | | | | Buy | 09/18/15 | K | | |
| 285. | | | | | Sold | 09/25/15 | K | A | |
| 286. | | | | | Buy | 10/30/15 | L | | |
| 287. | | | | | Sold | 11/10/15 | L | A | |
| 288. YAHOO INC - YHOO - common stock | | None | | | Buy | 06/11/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 10/19/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Sold | 06/25/15 | K | A | |
| 290. | | | | | Buy | 08/19/15 | K | | |
| 291. | | | | | Sold | 10/27/15 | K | A | |
| 292. YY INC ADR FSPONSORED ADR 1 ADR REPS 20 ORDS - YY | | None | | | Sold (part) | 05/26/15 | J | A | |
| 293. | | | | | Sold | 06/10/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harpool, Mark D.** | 10/19/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Interest earned on bank accounts at a particular banking institution were combined into one entry for the entire year.

Dividends on individual stocks were combined into one entry for that stock for the year.

Line 42 - Baird, Lightner, Millsap & Harpool, P.C. - value of this asset is being paid off through income reported in Part III-A. Non-Investment Income, and will no longer be reported in Part VII.

Line 175 - Hewlett-Packard Co (HPQ) had a name change to H P Inc (HPQ) on 11/2/15.

Line 177 - Hewlett-Packard Co (HPQ) had a Spinoff on 11/2/15 a of 10/30/15 of Hewlett Packard ENTE (HPE).

Line 198 - Panera Bread Company Class A (PNRA) had a Spinoff on 10/1/15 as of 9/30/15 of P J T Partners Incor Class A (PJT).

Line 271 - Washington Prime Group common stock had a name change to W P Glimcher Incorporated REIT (WPG) on 1/16/15.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544